AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Phillips

JUDGMENT IN A CIVIL CASE

v.

Suckow

CASE NUMBER: CV-06-5070-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The Complaint is DISMISSED Without Prejudice.

02/05/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson

*(By) Deputy Clerk*

Vikki Johnson